**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

SANDRA SCHROEDER,

                Plaintiff(s),        Civil Action No. 20-cv-10914
                                            Hon. Thomas L. Ludington\
v.                                           Mag. Judge Patricia T. Morris

COMMISSIONER OF SOCIAL SECURITY,

                Defendant(s).

_____/

**ORDER REGARDING CONSENT FOR SOCIAL SECURITY CASES**

In the interests of the prompt, efficient, and effective adjudication of this case, the parties are **ORDERED** to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings in this case before the assigned Magistrate Judge. If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, within two weeks of the date of this order, file a fully executed Notice, Consent and Reference of a Civil Action to a Magistrate Judge form on the docket under Notices, Consent and Reference of a Civil Action to a Magistrate Judge. A copy of the consent form is attached to this order (and is also available in fillable format at:

https://www.mied.uscourts.gov/PDFFIles/Notice_Consent_Ref_MJ_RE.pdf ).

If such a form is filed, the Court will review it and enter a reference order and all further proceedings will be conducted before the Magistrate Judge. Any appeal of the Magistrate Judge's decision would be taken directly to the United States Court of Appeals for the Sixth Circuit.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint notice on the docket, within two weeks of the date of this order, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.

The parties are free to withhold consent without negative consequences.

Dated: November 9, 2020                s/Thomas L. Ludington
                                       THOMAS L. LUDINGTON
                                       UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| _____ | ) | Civil Action No. |
| *Plaintiff* | ) | |
| v. | ) | Honorable |
| | ) | |
| _____ | ) | Magistrate Judge |
| *Defendant* | | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a Magistrate Judge's availability.* A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a Magistrate Judge's authority.* The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

IT IS ORDERED: This case is referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____         _____
                                       *District Judge's signature*

                                       _____
                                       *Printed name and title*

Note: Return this form to the Clerk of the Court ONLY IF all parties have consented ON THIS FORM to the exercise of jurisdiction by a United States Magistrate Judge. Return the first page of this form by e-filing a PDF version under "Notices".

3